```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO.  07-22848-CIV-KING
                              MAGISTRATE P. A. WHITE
```

WILLIAM SANTOS,                    :

    Plaintiff,                 :

v.                                 :        REPORT OF
                                                      MAGISTRATE JUDGE

WARDEN HARRIS, et al.,             :

    Defendants.                :
_____

The pro-se plaintiff, William Santos, filed a civil rights complaint pursuant to 42 U.S.C. §1983, while confined at the Dade Correctional Institution, on November 1, 2007. The plaintiff alleged that he injured his hand during recreation, and failed to receive the proper medical care. He named as defendants Warden David Harris and Dr. Poveda, the Chief Medical Officer at Dade Correctional. The plaintiff was ordered to either pay the Clerk's $350.00 filing fee or file a motion to proceed in forma pauperis on or before November 30, 2007, as required by 28 U.S.C. 1915 (a) and (b) as amended.  The plaintiff failed to comply. Research at the Florida Department of Correction's website indicates that the plaintiff was released from the Dade Correctional Institution on November 1, 2007, to the street. He has filed nothing further in this case since the initial filing of his complaint. It appears that the plaintiff has abandoned this suit.

It is therefore recommended that this complaint be dismissed without prejudice, for lack of prosecution, as demonstrated by the plaintiff's failure to either pay the Clerk's filing fee or file a motion to proceed in forma pauperis.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this 11th day of December, 2007.

_____
UNITED STATES MAGISTRATE JUDGE


cc:   William Santos, Pro Se
      DC #385764X
      Dade Correctional Institution
      19000 S.W. 377th Street
      Florida City, FL 33034-6499
      (Last known address)