## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CASE NO: 07-22848-CIV-KING

WILLIAM SANTOS,

     Petitioner,

v.

WARDEN HARRIS, et al.,

     Respondent.

_____/

### FINAL ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the December 12, 2007 Report and Recommendation of Magistrate Judge Patrick A. White (DE #6) recommending that the Complaint be dismissed without prejudice, for lack of prosecution.

Plaintiff filed his Complaint (D.E. #1) on November 1, 2007. On November 6, 2007, Magistrate Judge White entered an Order (D.E. #3) instructing Plainitff to either pay the Clerk's filing fee or file a motion to proceed *in forma pauperis*. Plaintiff has not complied with either. Plaintiff has filed nothing further in this case since the initial filing of the complaint.

After a thorough review of the record, the Court concludes that the R&R contains thorough and well-reasoned recommendations wherein it finds and recommends that the above-styled action be dismissed without prejudice.

1

Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is

ORDERED, ADJUDGED, and DECREED that Magistrate Judge Patrick A White's March 3, 2008 Report and Recommendation (**DE # 3**) be, and the same is hereby, AFFIRMED and ADOPTED.  It is further

ORDERED, ADJUDGED, and DECREED that the above-styled action be DISMISSED without prejudice, for lack of prosecution. The Clerk of Court shall CLOSE this case. All pending motions are DENIED as MOOT.

DONE and ORDERED in chambers at the United States District Courthouse, Miami, Florida, this 20th day of March, 2008.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA


cc:     Magistrate Judge Patrick A. White
        **_Counsel for Plaintiff_**

        William H. Santos
        DC #385764
        Dade Correctional Institution
        19000 SW 377 Street
        Ste 300
        Florida City, FL 33034